No. 84–6325 (A–666). WITT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., immediately *supra*. Petition for rehearing of denial of certiorari and of the order denying a stay of execution of sentence of death denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

MARCH 18, 1985*

No. 84–1168. NASH *v.* CITY OF SANTA MONICA ET AL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 84–6081. JOHNSON *v.* NEW JERSEY. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6227. MANKO *v.* UNITED STATES. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

---

*JUSTICE POWELL took no part in the consideration or decision of the orders announced on this date.